George O. BAIRD, Jr.

v.

Mark V. MARLOWE.

No. 14279.

United States Court of Appeals
Sixth Circuit.

April 21, 1961.

Walter C. Cox, Jr., of Fowler, Rouse, Measle & Bell, Lexington, Ky., for appellant.

B. L. Kessinger, Jr., of Harbison, Kessinger, Lisle & Bush, Lexington, Ky., for appellee, Nathan Elliott, Jr., Lexington, Ky., on the brief.

Before MARTIN, CECIL and WEICK, Circuit Judges.

PER CURIAM.

This action for damages was brought by Baird against Marlowe for breach of contract relating to the operation of an oil-and-gas-lease business. There was a jury trial, at which the case was submitted to the jury upon interrogatories. These were answered by the jury favorably to the contention of the plaintiff-appellee.

The jury found that the appellee, Baird, had completed and performed the duties incumbent upon him as required by the contract. As a result of the jury's findings, the United States District Court entered judgment in favor of the appellee for the total sum of $14,192.60, constituting $10,000 due for services rendered pursuant to the contract and the balance of the judgment being for interest and expenses.

The court dismissed a counter-claim of the defendant Marlowe against plaintiff Baird.

Upon review of the record, we find the answers of the jury to the interrogatories to be supported by substantial evidence; and that the trial judge, Honorable H. Church Ford, properly applied the pertinent law and committed no prejudicial error in the trial of the case.

Accordingly, the judgment of the district court is affirmed.